Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 1:20CR00311(LGS)

Karen Sanchez

On February 25, 2019, the above named was placed on Probation for a period of three (3) years. She has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Karen Sanchez be discharged from Probation.

Respectfully submitted,

by _____
Zondra Jackson
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this   20th   day of   May   , 20 21   .

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**